JAMES EDWIN RESH *v.* MARY LINNIE RESH.
[No. 77, October Term, 1928.]

Decided *January 17th, 1929.*

The cause was argued before BOND, C. J., URNER, OFFUTT, DIGGES, PARK, and SLOAN, JJ.

*J. Britain Winter,* for the appellant.

*J. Charles Fagan* submitting on brief, for the appellee.

SLOAN, J., delivered the opinion of the Court, affirming the decree.